ceedings affirmed, with fifty dollars costs and disbursements; the examination of the witness Ida Ginsburg to proceed on five days' notice. No opinion. Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ., concur.

In the Matter of the Petition of FRANK MILANO, Appellant, for an Order of Mandamus against DEPARTMENT OF HEALTH, Respondent.— Order denying application for a peremptory or an alternative mandamus order unanimously affirmed, without costs, as a matter of law and not in the exercise of discretion. No opinion. Present Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK ex rel. MURRAY M. POMERANZ, Appellant, for a Mandamus Order against AARON L. JACOBY, as Register of Kings County, Respondent.— Order denying application for a peremptory or an alternative mandamus order unanimously affirmed, with costs, as a matter of law and not in the exercise of discretion. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

JOSEPH KANDELL, Respondent, v. J. P. MAGNER BATHS, INC., and Others, Appellants, and Others, Defendants. (Appeal No. 1.)— Order granting motion to vacate stay of sale under judgment of foreclosure affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ., concur.

JOSEPH KANDELL, Respondent, v. J. P. MAGNER BATHS, INC., and Others, Appellants, and Others, Defendants. (Appeal No. 2.) — Order denying motion to vacate judgment of foreclosure and sale affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ., concur.

DOROTHY KANOFSKY, an Infant, by ROSE KANOFSKY, Her Guardian ad Litem, and Another, Appellants, v. BROOKLYN JEWISH CENTER, INC., Respondent.— Judgment dismissing complaint on the merits at the end of plaintiffs' case affirmed, with costs. No opinion. Kapper, Carswell and Davis, JJ., concur; Lazansky, P. J., and Young, J., dissent and vote for reversal and a new trial on the ground that the expert should have been permitted to testify.

LAWYERS TITLE AND GUARANTY COMPANY in Rehabilitation, by GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Rehabilitator, Plaintiff, v. 2 MARINE AVENUE CORPORATION and Others, Defendants, Impleaded with MACK ROSENSWEIG and Another, Appellants. FRANCIS M. VERRILLI, Receiver, Respondent.— Order in so far as it directs appellants to attorn to the receiver affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ., concur.

JOHN LEITCH, Appellant, v. FANNIE SCHNEIDER, Respondent.— Order as resettled denying plaintiff's motion for the examination of defendant before trial reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, to abide the event; the examination to proceed on five days' notice. In our opinion, the plaintiff is entitled to examine defendant in support of the allegations of the complaint which are denied by the answer. Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ., concur.

STANLEY LENOX, Respondent, v. JAMES MADISON HEATHERTON, Appellant.— Judgment and order of the County Court of Suffolk county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Tompkins and Davis, JJ.; Young, J., not voting.